IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACY ELLIS                              :
                                         :
         v.                              :
                                         :
HARTFORD COMPREHENSIVE EMPLOYEE          :
BENEFITS SERV. CO. and                   :       NO. 02-CV-3623
DELAWARE MGMT. HOLDING INC. STD          :
EMPLOYEE BENEFIT PLAN                    :

SCHEDULING ORDER

AND NOW, this ____ day of January, 2003, following a status conference in the above captioned case, IT IS HEREBY ORDERED that:

1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by April 15, 2003.

2. Plaintiffs shall serve reports of liability expert witnesses and/or respond to expert witness discovery relating to liability at least thirty (30) days before completion of discovery. Plaintiff(s) shall serve reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages at least fifteen (15) days before the date for completion of discovery.

      3.   Defendants shall serve any reports of liability expert witnesses and/or respond to expert witness discovery relating to liability on or before the date for completion of discovery.  Defendants shall serve any reports of expert witnesses on damages and/or respond to expert witness discovery relating to damages within fifteen (15) days after the date for completion of discovery.

      4.   Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before April 30, 2003.

      5.   A final pretrial and settlement conference and a trial date for the case will be scheduled after all dispositive motions are decided.

      7.   All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u>, in accordance with this order and Local Rule of Civil Procedure 16.1(c) as follows:

          A.   Plaintiffs - fifteen (15) days before the final pretrial conference;

          B.   Defendants - five (5) days before the final pretrial conference.

      8.   Before commencement of trial, counsel will pre-mark and exchange all exhibits, and a schedule of exhibits which shall

briefly describe each exhibit.  Two (2) copies of the exhibits must be submitted to the Court at least five (5) working days before the case is listed for trial.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.