IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACY ELLIS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD COMPREHENSIVE | : | |
| EMPLOYEE BENEFITS SERVICE CO. | : | |
| DELAWARE MANAGEMENT | : | |
| HOLDING, INC., STD EMPLOYEE | : | |
| BENEFIT PLAN | : | NO.  02-cv-3623 |

**INITIAL DISCLOSURES OF DEFENDANT, HARTFORD
COMPREHENSIVE EMPLOYEE BENEFITS SERVICE CO.**

**A.    The Name and Last Known Address of Each
         Person Reasonably Likely to Have Information
         That Bears Significantly on the Claims**

    1.    Plaintiff.

    2.    The individuals identified in the entire administrative record which will be provided to all counsel

**B.    All Documents, Data, Compilations , Etc., Likely to Bear
         Significantly On the Claims and Defenses**

The entire administrative record which includes the agreement between Delaware Management Holdings, Inc., and Hartford Comprehensive Employee Benefits Service Co., as well as the entire administrative record pertaining to Plaintiff's claim.  These documents will be provided to all counsel.

**C.    The Existence Of Any Insurance Agreement Under Which
         Any Person or Entity May Be Liable to Satisfy Part or All
         of a Judgment**

    None.

Defendant reserves the right to supplement these disclosures.

                                    **SWEENEY & SHEEHAN**

By:_____
      Barbara A. O'Connell
      Identification No. 46461
      1515 Market Street, 19th Floor
      Philadelphia, PA 19102
      (215) 563-9811
      Attorney for Hartford Comprehensive
      Employee Benefits Service Co.