IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACY ELLIS                                  :        CIVIL ACTION
                                             :
          vs.                                :
                                             :        NO. 02-3623
HARTFORD COMPREHENSIVE
EMPLOYEE BENEFITS SERVICE CO.

## O R D E R

**AND NOW, TO WIT:** This 15th day of April, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** _____
Carol D. James,
Deputy Clerk

faxed 4/15/03:
   Barbara O'Connell
   Jonathan Wetchler
mailed 4/15/03
   Olugbenga Abiona

Civ 2 (7/95)
41(b).frm